UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PEREZ, <br><br> Plaintiff, <br><br> v. <br><br> R. PADILLA, <br><br> Defendant. | Case No. 1:14-cv-01730-DAD-EPG (PC) <br><br> ORDER ON PLAINTIFF'S LETTER <br> (ECF NO. 52) |

Joseph Perez ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On June 6, 2017, Plaintiff filed a letter to the Court. (ECF No. 52). Plaintiff asks the Court to reopen his case.

However, Plaintiff's case was never dismissed. It is still open. In fact, on June 9, 2017, the assigned district judge (Judge Dale A. Drozd) adopted this Court's findings and recommendations, and denied Defendant's motion to dismiss. (ECF Nos. 47 & 53). This means the case will go on at this time.

Plaintiff's appeal of this Court's order denying Plaintiff's request for counsel was dismissed (ECF Nos. 48 & 51). However, the Court cannot reconsider an order from the Ninth Circuit Court of Appeals.

Plaintiff also asserts that his appeal should have been filed with the Fifth Circuit Court of

Appeals instead of the Ninth Circuit Court of Appeals.  Plaintiff is incorrect.  This court resides in the Eastern District of California.  Appeals of this Court's decisions are heard by Ninth Circuit Court of Appeals.  Those are all federal courts.  The 5th District Court of Appeal is located in Fresno, but it is a state appellate court and does not hear appeals from this Court.

Accordingly, IT IS ORDERED that the relief sought in Plaintiff's letter is DENIED.

IT IS SO ORDERED.

Dated: **June 13, 2017**　　　　　　　　／s／ _Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE