UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>R. PADILLA,<br><br>    Defendant. | Case No. 1:14-cv-01730-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO FOR DISCOVERY<br><br>(ECF NO. 61) |

Joseph Perez ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 31, 2017, Plaintiff filed a motion for discovery. (ECF No. 61). Plaintiff appears to be attempting to take discovery, which he wants to present at his "court day" on October 2, 2017. Plaintiff also mentions that he wants damages for "the 180 days they gave [him] at what it cost[s] to house an inmate monthly."

Plaintiff's motion will be denied. Discovery has not yet been opened (ECF No. 5, p. 4), and Plaintiff has not provided a reason why he needs to take early discovery.

Additionally, Plaintiff's motion appears to be based on the belief that Plaintiff's trial is set for October 2, 2017. It is not. On October 2, 2017, the Court will be holding an Initial Scheduling Conference. The Court will not be taking evidence regarding the claim in this case at the Conference. Instead, the Court will be setting a schedule for this case. The Court will also discuss discovery with the parties.

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's motion for discovery is DENIED.
IT IS SO ORDERED.

Dated: **August 2, 2017**          /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

1