UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PEREZ,<br><br>   Plaintiff,<br><br> v.<br><br>R. PADILLA,<br><br>   Defendant. | Case No. 1:14-cv-01730-DAD-EPG (PC)<br><br>ORDER REGARDING INITIAL SCHEDULING CONFERENCE SCHEDULED FOR OCTOBER 2, 2017, AND DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON THE FRESNO CONTY SHERIFF'S OFFICE AND THE FRESNO COUNTY JAIL SUPERVISOR/INMATE COORDINATOR |

  An initial scheduling conference is currently set in this case on October 2, 2017, at 1:30 p.m., before Magistrate Judge Erica P. Grosjean. (ECF No. 57).

  Joseph Perez[1] ("Plaintiff") appears to be in the custody of the Fresno County Sheriff's Office. Accordingly, the Court requests that the Fresno County Sheriff's Office/Fresno County Jail make Plaintiff available for the initial scheduling conference at the date and time indicated above via telephone. To join the conference, each party is directed to call the toll−free telephone number (888) 251−2909 and use Access Code 1024453.

  The Clerk of Court is directed to serve a copy of this order on the Fresno County Sheriff's Office and the Fresno County Jail Supervisor/Inmate Coordinator.

IT IS SO ORDERED.

  Dated: **September 26, 2017**    /s/ Erica P. Grosjean
                    UNITED STATES MAGISTRATE JUDGE

---

[1] It appears that Joseph Perez's inmate ID is 7052892, and his booking number is 1730287.

1