# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PEREZ,<br><br>        Plaintiff,<br><br>v.<br><br>R. PADILLA,<br><br>        Defendant. | CASE NO. 1:14-cv-01730-DAD-EPG (PC)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE AND TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH THE ORDER RE: SETTLEMENT CONFERENCE**<br><br>(Doc. 69)<br><br>**ORDER SETTING STATUS CONFERENCE** |

A settlement conference in this action is set for February 8, 2018, at 10:00 a.m. before the undersigned.[1] (Doc. 69.) Pursuant to the Order re: Settlement Conference ("Order"), the parties were required to submit a confidential settlement statement to the Court no later than five (5) business days prior to the conference date. (Doc. 74 at 2.) No statement has been received from either party. This Court spends considerable time preparing for settlement conference so as to make it meaningful to the parties and increase the likelihood of settlement success. Settlement is extremely important in this district where the judges have one of the highest caseloads per judge in the United States and they are required in United States District Judge Dale A. Drozd's cases. The settlement conference statement assists the Court in adequately preparing for these matters. They are not pro forma, and sanctions may be issued for failure to comply with an Order of the Court.

Since the parties have failed to comply with the Order requiring the confidential settlement statement to be submitted to the Court, the February 8, 2018, settlement conference shall be vacated, and a telephonic status conference will be set in its place. At the telephonic status

---

[1] On January 19, 2018, the Court reiterated the parties' requirement to attend the February 8, 2018, settlement conference. (*See* Doc. 76.)

conference, the parties will be expected to discuss the prospects of settlement and proposed dates for re-setting the settlement conference, as well as to show cause why sanctions should not issue for failure to submit their respective confidential settlement statements in compliance with the Order.

Accordingly, IT IS HEREBY ORDERED that:

1. The settlement conference set for February 8, 2018, is VACATED;
2. A telephonic status conference is set before the undersigned for February 8, 2018, at 10:00 A.M. The parties shall call (888) 557-8511, access code 6208204# at the scheduled time; and
3. At the conference, the parties shall discuss the prospects of settlement, proposed dates for re-setting the settlement conference, and show cause why sanctions should not issue for failure to comply with the Order.

IT IS SO ORDERED.

Dated: **February 2, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE