# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PEREZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>R. PADILLA,<br><br>　　　　　Defendant. | CASE NO. 1:14-cv-01730-DAD-EPG (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING STATUS CONFERENCE**<br><br>(Doc. 80) |

On February 2, 2018, the Court issued an order requiring the parties to show cause why sanctions should not issue for failure to submit their respective confidential settlement statements in compliance with the Court's Order re: Settlement Conference and setting a telephonic status conference for February 8, 2018. (Doc. 80.) That same day, Defendant filed a "Notice to the Court Re: Status of the Case" (the "Notice") indicating that the parties "have executed and signed a settlement agreement and are in the process of finalizing the required supporting documentation." (Doc. 79.)

Based on the Notice, IT IS HEREBY ORDERED that:

1. The order to show cause is DISCHARGED;

2. By no later than February 26, 2018, the parties shall file dispositional documents requesting the dismissal of the action due to a settlement; and

3. All other deadlines and hearings, including the telephonic status conference set for February 8, 2018, are VACATED.

///
///
///

**Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.**

IT IS SO ORDERED.

Dated: **February 5, 2018**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE